## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

GENE DRIVER                                                                    PLAINTIFF

v.                                      Case No. 14-2064

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                    DEFENDANT

### ORDER

       The Court has received proposed findings and recommendations (Doc.12) from Chief United States Magistrate Judge James R. Marschewski.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

       **IT IS SO ORDERED** this 12th day of December, 2014.


                                                                       /s/ P. K. Holmes, III
                                                                       P. K. HOLMES, III
                                                                       CHIEF U.S. DISTRICT JUDGE